# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2009

Marilyn Kelly,
Chief Justice

138283

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PAMELA A. MOORE,
        Plaintiff-Appellee,

v

SC: 138283
COA: 288088
Livingston CC: 00-029406-DM

ROGER K. MOORE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2009

_____
Clerk

s0603